IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| JESSIE COCKRELL #82169 | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 2:10CV00024 SWW |
| | * | |
| LARRY NORRIS, RAY HOBBS, GREG HARMON, CINDY COURINGTON, BENJAMIN WOODARD, DENNIS MCCOY, CHRISTOPHER MOORE, and RONNIE HOSKINS, | * * * * * | |
| | * | |
| Defendants. | * | |

## Order

This matter is before the Court on plaintiff's motion for voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(2) to which defendants do not object. The Court finds the motion [docket entry 39] should be and is hereby granted. Plaintiff's complaint is dismissed without prejudice.

DATED this 22nd day of March, 2011.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE